## CADY *v.* CADY.

HINES, J. 1. To give this court jurisdiction, the judge's certificate to the bill of exceptions must state that it is true; and for lack of such certification the bill of exceptions will be dismissed. *Lawrence* v. *Monticello,* 65 *Ga.* 298; *Parmelee* v. *Savannah &c. Ry.,* 72 *Ga.* 216; *American Freehold &c. Co.* v. *Candler,* 80 *Ga.* 366 (10 S. E. 111) ; *Cade* v. *DuBose,* 125 *Ga.* 832 (54 S. E. 697) ; *Binyard* v. *State,* 126 *Ga.* 635 (55 S. E. 498) ; *Grant* v. *Derrick,* 130 *Ga.* 43 (60 S. E. 157) ; *Prater* v. *Prater,* 140 *Ga.* 326 (78 S. E. 1008) ; *Houston* v. *Postell,* 141 *Ga.* 792 (82 S. E. 148) ; *Cartledge* v. *Ashford,* 148 *Ga.* 589 (97 S. E. 521) ; *Bugg* v. *Hughs,* 151 *Ga.* 599 (107 S. E. 860) ; *Rountree* v. *Gibbs,* 156 *Ga.* 170 (118 S. E. 654).

2. This is not such a "want of technical conformity to the statutes or rules regulating the practice in carrying cases to" this court as comes within the scope of the act of Dec. 18, 1893 (Acts 1893, p. 52), now embodied in the Civil Code (1910), § 6147; and this statute will not prevent the

---

Appeal and Error 4 C. J. pp. 441, n. 34; 442, n. 35; 485, n. 99 New.

dismissal of the bill of exceptions for the lack of such certification. *Rountree* v. *Gibbs*, supra.

*Writ of error dismissed. All the Justices concur.*

No. 5114.   JANUARY 13, 1926.

Equitable petition.   Before Judge Tarver.   Whitfield superior court.   September 17, 1925.

*Maddox, Maddox & Mitchell,* for plaintiff.

*William E. & Gordon Mann,* for defendant.